**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, | CASE NO. 3:10-CV-1976 |
| Plaintiff, | JUDGE KATZ |
| vs. | **STIPULATION OF DISMISSAL** |
| MICHAEL S. OSWALD, *et al.*, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, PNC Bank, National Association ("PNC"), by and through its counsel, and Defendants Michael S. Oswald ("Oswald") and Peter Karfias ("Karfias"), by and through their counsel, pursuant to the terms of the Settlement Agreement between PNC and Oswald, dated December 12, 2011 (the "Oswald Settlement") and the terms of a separate Settlement Agreement between PNC and Karfias, dated December 27, 2011, and hereby stipulate and request that this Court dismiss all claims and causes of action asserted in the above-captioned proceeding without prejudice.

This dismissal is without prejudice under the terms of each of the respective Settlement Agreements. Once each of the Defendants fully complies with his obligations under his respective Settlement Agreement, the dismissal shall be with prejudice as to that Defendant.

| | |
|---|---|
| */s/ Patricia B. Fugée* | |
| Patricia B. Fugée (0070698) | Stephen W. Funk (0058506) |
| *Attorney for Plaintiff PNC Bank, N.A.* | *Attorney for Plaintiff PNC Bank, N.A.* |
| ROETZEL & ANDRESS, LPA | ROETZEL & ANDRESS, LPA |
| One SeaGate, Suite 1700 | 222 South Main Street |
| Toledo, OH 43604 | Akron, OH 44308 |
| Telephone: (419) 254-5261 | Telephone: (330) 849-6602 |
| Fax: (419) 242-0316 | Fax: (330) 376-4577 |
| E-mail: pfugee@ralaw.com | E-mail: sfunk@ralaw.com |

*/s/ James Sulewski*
James Sulewski (0039131)
*Attorney for Defendant Michael S. Oswald*
Shindler, Neff, Holmes, Schlageter & Mohler, LLP
1200 Edison Plaza, 300 Madison Avenue
Toledo, Ohio 43604
Telephone: (419) 243-6281
Fax: (419) 243-0129
Email: jsulewski@snhslaw.com

*/s/ Frank A. Justen*
Frank A. Justen (0019013)
*Attorney for Defendant Michael S. Oswald*
Law Offices of Frank A. Justen
4930 Holland-Sylvania Rd.
Sylvania, OH 43560-2178
Telephone: (419) 882-4686
Email: fajusten@juno.com

*/s/ Mark Ozimek*
Mark Ozimek (0077978)
*Attorney for Defendant Peter Karfias*
Robison, Curphey & O'Connell, LLC
Four SeaGate, Ninth Floor
Toledo, OH 43604
Telephone: (419) 249-7900
Fax: (419) 249-7911
Email: mozimek@rcolaw.com